## BOHMAN *v.* CITY OF BOSTON REAL ESTATE COMMISSION.

No. 312, Misc.   Decided October 19, 1964.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## BOHMAN *v.* PEUTUCKET FIVE CENT SAVING BANK.

No. 313, Misc.   Decided October 19, 1964.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.